# UNITED STATES DISTRICT COURT
for the

)
)
)
BRENDA HARRISON )
_____ )
Plaintiff(s) )
 )
v. ) Civil Action No.
 )
ALEIKA ANDERSON )
THOMAS Y. TRAWICK, JR. )
ALAN PARKER )
_____ )
Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
THOMAS Y. TRAWICK, JR.
1098 FIFTH AVENUE
JONESBORO, GA 30236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SHOFAETIYAH D. WATSON
THE WATSON LAW FIRM, LLC
P.O. BOX 6002
ATLANTA, GA 31107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____      _____
                                                                *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

| | ) | |
|---|---|---|
| BRENDA HARRISON | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| ALEIKA ANDERSON | ) | |
| THOMAS Y. TRAWICK, JR. | ) | |
| ALAN PARKER | ) | |
| _Defendant(s)_ | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
ALAN PARKER
1203 MILLWOOD DRIVE
RIVERDALE, GA 30296

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SHOFAETIYAH D. WATSON
THE WATSON LAW FIRM, LLC
P.O. BOX 6002
ATLANTA, GA 31107

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
                                                                             *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

_____

BRENDA HARRISON
_____
Plaintiff(s)

v.

ALEIKA ANDERSON
THOMAS V. TRAWICK, JR.
ALAN PARKER
_____
Defendant(s)

)
)
)
)
)
)   Civil Action No.
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ALEIKA ANDERSON
1058 FIFTH AVENUE
JONESBORO, GA 30236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SHOFAETIYAH D. WATSON
THE WATSON LAW FIRM, LLC
P.O. BOX 6002
ATLANTA, GA 31107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*